WESLEY D. LEONARD, Appellant, *v.* CITY OF HORNELLSVILLE et al., Respondents.

*Leonard* v. *City of Hornellsville*, 41 App. Div. 106, appeal dismissed.
(Argued February 25, 1901; decided February 26, 1901.)

MOTION to dismiss an appeal from a judgment entered July 10, 1899, upon an order of the Appellate Division in the

fourth judicial department overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for the defendants.

The motion was made upon the grounds that appellant had failed to serve the undertaking required by sections 1326 and 1327 of the Code of Civil Procedure; that the determination of the Appellate Division was unanimous, and that the appeal had not been allowed by the Appellate Division or by a judge of the Court of Appeals, and was not one authorized by sections 190 and 191 of the Code of Civil Procedure.

*James H. Stevens* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs.